**Order entered February 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00735-CV**

**GREG GUTMAN, Appellant**

**V.**

**ERIC GORMLY, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04002**

**ORDER**

On January 14, 2021, we ordered appellant to file, no later than January 25, 2021, written verification he had paid or made arrangements to pay the fee for preparation of a supplemental reporter's record requested by appellee. *See* TEX. R. APP. P. 34.6(c)(3). Our order was without prejudice to appellant filing in the trial court a rule 34.6(c)(3) motion to determine the necessity of the supplemental record. *See id.*

On January 28, 2021, appellant informed the Court he had filed a motion under rule 34.6(c)(3) and was awaiting the trial court's ruling. Appellant subsequently informed the Court the trial court had determined appellee was responsible for the fee. A copy of the trial court's order is found on the county's online portal.

In light of the trial court's ruling, we **VACATE** our January 14th order. We **ORDER** appellee to file, no later than February 16, 2021, written verification he has paid or made arrangements to pay for the supplemental reporter's record. Upon receipt, the Court will set a deadline for the filing of that record. *Should appellee fail to comply, the appeal will proceed on the reporter's record currently on file.* The appeal remains at issue.

Our directive that appellee file the requested written verification does not preclude the Court from taxing costs differently upon disposition of the appeal. *See id.* 34.6(c)(3), 43.4.

We **DIRECT** the Clerk of the Court to send a copy of this order to court reporter Wynne A. Pauley and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE